1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                              CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,      )     Case No.: ED16-373M
                                    )
          Plaintiff,                )     ORDER OF DETENTION PENDING
12                                  )     FURTHER REVOCATION
                         v.         )     PROCEEDINGS
13   RICARDO JUAN DIEGO HOYOS,      )     (FED. R. CRIM. P. 32.1(a)(6); 18
                                    )     U.S.C. § 3143(a)(1))
14                                  )
          Defendant.                )
15   _____)

16        The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the SOUTHERN District of

18   CALIFORNIA for alleged violation(s) of the terms and conditions of probation or

19   supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (X)   The defendant has not met his/her burden of establishing by clear and

23             convincing evidence that he/she is not likely to flee if released under 18

24             U.S.C. § 3142(b) or (c).  This finding is based on the following:

25             (X)    information in the Pretrial Services Report and Recommendation

26             (X)    information in the violation petition and report(s)

27             (X)    the defendant's nonobjection to detention at this time

28             (  )   other:_____

                                            1

1   and/ or

2   B. (X)   The defendant has not met his/her burden of establishing by clear and

3   convincing evidence that he/she is not likely to pose a danger to the safety

4   of any other person or the community if released under 18 U.S.C.

5   § 3142(b) or (c).  This finding is based on the following:

6   (X)   information in the Pretrial Services Report and Recommendation

7   (X)   information in the violation petition and report(s)

8   (X)   the defendant's nonobjection to detention at this time

9   ( )   other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated: September 8, 2016

15   _____
     KENLY KIYA KATO
     United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28